Writ of habeas corpus in the nature of an application to release the defendant on his own recognizance or for bail reduction upon Kings County indictment No. 01154/17.
 

 Adjudged that the writ is sustained, without costs or disbursements, to the extent that bail on Kings County indictment No. 01154/17 is reduced to the sum of $50,000 which may be posted in the form of an insurance company bail bond in that sum or by depositing the sum of $25,000 as a cash bail alternative, and the writ is otherwise dismissed; and it is further,
 

 Ordered that upon receipt of a copy of this decision, order and judgment together with proof that the defendant has given an insurance company bail bond in the amount of $50,000 or has deposited the sum of $25,000 as a cash bail alternative, the Warden of the facility at which the defendant is incarcerated, or his or her agent, is directed to immediately release the defendant.
 

 Hall, J.P., Hinds-Radix, Maltese and Iannacci, JJ., concur.